No. 14-35598

---

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

JULIANNE PANAGACOS; et. al.,

Plaintiffs-Appellee,

vs.

JOHN J. TOWERY; et. al.,

Defendants-Appellant.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
Case No. 3:10-cv-5018 RBL

---

NOTICE OF UNAVAILABILITY

---

JEAN P. HOMAN
WSBA #27084
TACOMA CITY ATTORNEY'S OFFICE
Attorneys for Defendants-Appellees
747 Market Street, Suite 1120
Tacoma, WA 98402
(253) 591-5885

TO: THE CLERK OF THE COURT

AND TO: All counsel

PLEASE TAKE NOTICE that the undersigned attorney of record, Jean P. Homan, Deputy City Attorney, will be out of the office from June 15, 2015 through June 22, 2015, and August 6, 2015 through August 14, 2015. During the aforementioned absence, said attorney shall not be available for any hearings, trials, motions, or any other required court appearances, and shall additionally be unavailable to actively respond to any proposals or motions that may be filed within said period of absence.

The undersigned further requests that the Clerk of the Court transmit this information whenever any motion or other matter is set within the time period stated above, to inform the court hearing the matter of the filing of this notice.

RESPECTFULLY SUBMITTED this 20th day of May, 2015.

                           ELIZABETH A. PAULI, City Attorney

By: /s/ JEAN P. HOMAN
     JEAN P. HOMAN
     WSBA# 27084
     Deputy City Attorney
     Attorney for Def. City of Tacoma

CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system May 20, 2015.

    I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

    Signed at Tacoma, Washington this 20th day of May, 2015.

                                      /s/ AMY D. BORGEN
                                      AMY D. BORGEN