IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| JULIANNE PANAGACOS, et al.,<br><br>    Appellants/Plaintiffs,<br>v.<br><br>JOHN J. TOWERY, et al.,<br><br>    Appellees/Defendants. | Nos. 14-35598, 14-35816<br><br>APPELLEES' RESPONSE TO MOTION TO SEAL |

    Appellees inform the court that they do not take any position on Appellants' Motion to Seal Opening Substantive Brief and Excerpts of Record at this time. They will respond to Appellants' arguments regarding sealing, as appropriate, in their Answering Briefs.

    DATED this 20th day of July, 2015.

                                                         K&L Gates LLP

                                                         By:   s/Theodore J. Angelis
                                                            Theodore J. Angelis, WSBA No. 30300
                                                            Pallavi Mehta Wahi, WSBA No. 32799
                                                             Heidi Craig Garcia, WSBA No. 41399
                                                             Peter A. Talevich, WSBA No. 42644
                                                   925 Fourth Avenue, Suite 2900
                                                   Seattle, WA 98104

Telephone: 206-623-7580
Facsimile: 206-623-7022
Email: theo.angelis@klgates.com
pallavi.wahi@klgates.com
heidi.garcia@klgates.com
peter.talevich@klgates.com
Attorneys for Appellee/Defendant
Thomas Rudd


McKay Chadwell, PLLC

By: s/ Thomas M. Brennan
Thomas M. Brennan, WSBA No. 30662
Michael D. McKay, WSBA No. 30662
600 University Street, Suit 1601
Seattle, WA 98101-4124
Telephone: 206-233-2800
Facsimile: 206-233-2809
Email: tmb@mckay-chadwell.com
mdm@mckay-chadwell.com
Attorneys for Appellee/Defendant
John J. Towery


Tacoma City Attorney's Office

By: s/Jean P. Homan
Jean P. Homan, WSBA No. 27084
747 Market Street, Suite 1120
Tacoma, WA 98402
Telephone: 253-591-5629
Facsimile: 253-591-5755
Email: jhoman@ci.tacoma.wa.us
Attorneys for Appellees/Defendants
City of Tacoma, Gary Smith and Mark
Fedderson

– 3 –

Law, Lyman, Daniel, Kamerrer & Bogdanovich

By: s/John E. Justice
John E. Justice, WSBA No. 23042
John E. Justice
PO Box 11880
Olympia, WA 98508-1180
Telephone: 360-754-3480
Facsimile: 360-357-3511
Email: jjustice@lldkb.com
Attorneys for Appellee/Defendants City of Olympia, Tor Bjornstad, Paul Lower, Jeff Herbig, Steve Nelson, Paul Johnson, James Costa, Cathie Butler, Steve Hall and Gary Michel

## CERTIFICATE OF SERVICE

U.S. Court of Appeals Docket Nos.     14-35598, 14-35816

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on July 20, 2015.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Signature:     /Theodore J. Angelis