# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| **JULIANNE PANAGACOS, et al.,** | ) NO. 14-35598 |
| | ) DC # 3:10-cv-5018 RBL (WDWA-Tacoma) |
| **Plaintiffs-Appellants,** | ) |
| | ) DECLARATIONF LAWRENCE A. HILDES |
| v. | ) IN SUPPORT OF PLAINTIFFS'- |
| | ) APPELLANTS' BRIEF TO UNSEAL |
| **JOHN J. TOWERY; THOMAS R. RUDD, et al.,** | ) ARMY DOCUMENTS |
| | ) |
| | ) |
| **Defendants-Appellees.** | ) |
| —————————————— | ) |

    Lawrence A. Hildes, HEREBY DECLARES THE FOLLOWING of his own personal knowledge and is competent to so testify if called upon to do so.

    1) I am lead counsel for Plaintiffs-Appellants in this matter.

    2) In the past two weeks an unknown person has begun making strange posts to an Indy media website.

    3) All of these posts are either attacks on Drew Hendricks supposedly by one of our Plaintiffs, or bizarre postings supposedly by Drew Hednricks.

    4) All are in the same typeface and style, both of which appear to be unique

NO. **14-35598- Panagacos** v. Towery, et al —Supplemental Declaration of Plaintiffs-Appellants' Counsel in Support of
Breifing on Unsealing Unseal
Law Office of Lawrence A. Hildes
P.O. Box 5405, Bellingham, WA 98227
Phone: (360) 715-9788 Fax: (360) 714-1791
E-mail: lhildes@earthlink.net
Of Attorneys for Plaintiffs-Appellants

5) All of those postings use the same type of language and phrasing.

6) None of them sound even remotely like any of the Plaintiffs, nor like Drew Hendricks.

7) I have interviewed our Plaintiffs and Mr. Hendricks, none of whom had anything to gain by such postings, and am thoroughly satisfied that none had anything to do with these bizarre postings.

8) The postings also including much information that Mr. Hendricks, and each of the Plaintiffs have neither knowledge nor opinion on.

9) This has previously occurred when the summary judgment motions were being heard and during the time we were briefing the unsealing issues initial before this court.

10) We have not sought to reveal the personal contact information for Mr. Rudd, only including his e-mail address as used in the distribution lists in documents that were produced unsealed. There is no other contact information for Mr. Rudd in the sealed documents.

11) Neither my clients, myself, or anyone associated with our legal team including Mr. Hendricks has ever heard of Ted Solonor or ever had any contact information for him, let alone his cellphone information. Nor has anyone associated with our side of this case sought to contact this person we had never heard of. and have no contact information for,

NO. **14-35598- Panagacos** v. Towery, et al –Supplemental Declaration of Plaintiffs-Appellants' Counsel in Support of
Breifing on Unsealing Unseal
Law Office of Lawrence A. Hildes
P.O. Box 5405, Bellingham, WA 98227
Phone: (360) 715-9788 Fax: (360) 714-1791
E-mail: lhildes@earthlink.net
Of Attorneys for Plaintiffs-Appellants

12) No one associated with our side of this case has ever threated Rudd or Michael Chesbro at any time, and anyone making a threat of violence against anyone associated with this case or the incidents that led to it would be removed from the case/team immediately.

13) This is one of the clearest examples of Cointelpro style government action I have ever seen and should be treated as such by the court.

I hereby declare that the following is true under penalty of perjury under the laws of the State of Washington

RESPECTFULLY SUBMITTED:

DATED: April 6, 2017

   /S/  LAWRENCE A. HILDES
LAWRENCE A. HILDES, WSBA #35035
LAW OFFICES OF LAWRENCE A. HILDES
P.O. BOX 5405
BELLINGHAM, WA 98227
Telephone: (360) 725-9788,
E-mail: lhildes@earthlink.net
Of Attorneys for Plaintiffs-Appellants

Page 3

NO. **14-35598- Panagacos** v. Towery, et al –Supplemental Declaration of Plaintiffs-Appellants' Counsel in Support of
Breifing on Unsealing Unseal
Law Office of Lawrence A. Hildes
P.O. Box 5405, Bellingham, WA 98227
Phone: (360) 715-9788 Fax: (360) 714-1791
E-mail: lhildes@earthlink.net
Of Attorneys for Plaintiffs-Appellants